■
## SANITARY LANDFILL, INC.
v.
## W. Edward WOOD et al.
### No. 81–119–M.P.

Supreme Court of Rhode Island.

April 2, 1981.

Hinckley, Allen, Salisbury & Parsons, Gregory L. Benik, Providence, for petitioner.

Charles E. Di Leva, Legal Counsel, Department of Environmental Management, Providence, for respondents.

## ORDER

On light of this court's ruling in *Davis v. Wood*, 427 A.2d 332 (R.I.1981), this petition for writ of certiorari is hereby denied.